# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM JAMES STEELE,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-00422-KD-B |
| **SHERIFF JESSE LANGLEY,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court, with the following addition:

In Petitioner's objection, he has included letters dated June 16, 2005, July 21, 2005, and July 27, 2005, from his attorney which indicate that he sought medical treatment through his attorney. His attorney responded that she had made Petitioner's request known to the court and that the Petitioner should file the appropriate request with the jail facility. The only substantive evidence of record shows that once Petitioner filed his request to seek medical assistance, medical assistance was provided.

In sum, the evidence is insufficient to establish that the jail officials were deliberately indifferent to Petitioner's medical needs. Defendants are granted summary judgment on all claims because no constitutional violation has been established.

Accordingly, it is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

**DONE** this 13th day of February, 2009.

                                      **s/ Kristi K. DuBose**
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**