# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM JAMES STEELE,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 07-00422-KD-B** |
| **SHERIFF JESSE LANGLEY,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 13th day of February, 2009.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE